66    157
68    488
s68   588

## INTISO v. METROPOLITAN SAVINGS AND LOAN ASSOCIATION.

On *certiorari.*

Before Justices GARRISON and GARRETSON.

For the prosecutor, *Samuel F. Leber.*

For the defendant, *William A. Lord.*

PER CURIAM.

In this case a transcript of the shorthand notes of the testimony taken in the court below is sent up as part of the return to the writ of *certiorari.* There is no warrant for such a practice. There should have been a rule upon the judge specifying upon what points he should certify the fact or facts. The case of Smart *v.* North Hudson County Railroad Co., decided at this present term, applies to this case, and the practice there indicated will be followed here.